UNITED STATES of America, Plaintiff–Appellee,

v.

Pedro LAGUNAS–DELGADO, Defendant–Appellant.

No. 03–3775.

United States Court of Appeals, Seventh Circuit.

May 16, 2006.

James Barz, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. JOHN L. COFFEY, and Hon. ANN C. WILLIAMS, Circuit Judges.

### ORDER

The district court sentenced Pedro Lagunas–Delgado to 70 months' imprisonment and three years' supervised release for being present in the United States after being convicted of an aggravated felony. On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district judge stated that even if he had known that the Sentencing Guidelines were advisory and not mandatory, *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), he would have imposed the same sentence (which was at the low end of the guideline range). We have invited both parties to respond to the district court's statement, but only the government has done so. Mr. Lagunas–Delgado has therefore shown no reason why the sentence, which is presumed reasonable under *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir.2005), should not stand, and our own review shows none.

AFFIRMED.